IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Applewhite, Patricia A | Case Number:  04 B 45147 |
| | Judge:  Squires, John H |
| Printed:  6/24/08 | Filed:  12/8/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 22, 2008
Confirmed: January 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,103.22 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,662.01 |
| Priority: | | 0.00 |
| Administrative: | | 1,165.00 |
| Trustee Fee: | | 204.99 |
| Other Funds: | | 71.22 |
| Totals: | 4,103.22 | 4,103.22 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,165.00 | 1,165.00 |
| 2. | Resurgent Capital Services | Unsecured | 218.67 | 484.46 |
| 3. | Debt Recovery Solutions | Unsecured | 74.15 | 164.29 |
| 4. | Premier Bankcard | Unsecured | 74.72 | 165.54 |
| 5. | RoundUp Funding LLC | Unsecured | 587.78 | 1,302.20 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 147.20 | 326.13 |
| 7. | Fingerhut Corporation | Unsecured | 88.72 | 196.54 |
| 8. | Asset Acceptance | Unsecured | 10.32 | 22.85 |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | AT&T Wireless | Unsecured | | No Claim Filed |
| 11. | Axsys National Bank | Unsecured | | No Claim Filed |
| 12. | Charter One Bank | Unsecured | | No Claim Filed |
| 13. | Sprint | Unsecured | | No Claim Filed |
| 14. | AAC | Unsecured | | No Claim Filed |
| 15. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 16. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 17. | AT&T | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 2,366.56 | $ 3,827.01 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 13.45 |
| 4% | 7.00 |
| 3% | 5.20 |
| 5.5% | 29.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Applewhite, Patricia A | Case Number: 04 B 45147 |
| | Judge: Squires, John H |
| Printed: 6/24/08 | Filed: 12/8/04 |

```
          5%              60.79
          4.8%            31.93
          5.4%            57.29
                       _____
                       $ 204.99
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

